■ JON JONASSE, Respondent, v KAREN JONASSE (GORMAN), Appellant.—Order unanimously reversed, on the law, without

costs, petition reinstated, and matter remitted to Supreme Court, Monroe County, for a hearing, in accordance with the following memorandum: Defendant's application for an upward modification of child support based on the age of the children and an increase in the cost of living (see, *Matter of Brescia v Fitts,* 56 NY2d 132, 139-140; *cf. Matter of Boden v Boden,* 42 NY2d 210) should not have been denied without a hearing inasmuch as the moving papers raise disputed issues of fact (see, *Van Niel v Van Niel,* 93 AD2d 986). We remit this matter, therefore, so that the court may conduct a hearing to determine whether the alleged changes warrant modification (see, *Huber v Huber,* 59 AD2d 1063; *Matter of Monesi v Monesi,* 55 AD2d 1020; *Rollins v Rollins,* 33 AD2d 990). (Appeal from order of Supreme Court, Monroe County, Siracuse, J.—child support.) Present—Callahan, J. P., Doerr, Green, O'Donnell and Pine, JJ.